UNITED STATES of America,
Plaintiff–Appellee,

v.

Martin Bernard GASPARD, a.k.a.
Martin Stevens, Defendant–
Appellant.

No. 07–14316
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 22, 2008.

Kathleen M. Williams, Miguel Caridad, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before ANDERSON, HULL and WILSON, Circuit Judges.

PER CURIAM:

Miguel Caridad, appointed counsel for Martin Gaspard, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gaspard's conviction and sentence are **AFFIRMED**.